Iken v Palm Hotel (2024 NY Slip Op 51347(U))

[*1]

Iken v Palm Hotel

2024 NY Slip Op 51347(U)

Decided on September 30, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 30, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570210/24

Monica Iken, Plaintiff-Appellant,
against
The Palm Hotel, Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Aija Tingling, J.), entered on July 17, 2023, in favor of defendant dismissing this action.

Per Curiam.
Judgment (Aija Tingling, J.), entered on July 17, 2023, modified by providing that the dismissal of the action is without prejudice; as modified, order affirmed, without costs.
We sustain the dismissal of this small claims action, albeit for reasons different than those stated by Civil Court. The underlying small claims action, seeking damages arising from alleged false representations made by defendant, a hotel located on Fire Island in Suffolk County, is properly dismissed, without prejudice, on the ground the Civil Court lacked subject matter jurisdiction. Section 1801 of the New York City Civil Court Act, which sets forth the subject matter jurisdiction of the Small Claims Part of the court, provides, insofar as is relevant to this appeal, that the term "Small Claims" means a money action not in excess of $10,000, "provided that the defendant either resides, or has an office for the transaction of business or a regular employment, within the city of New York." A review of the record on appeal indicates that defendant does not live in New York City, and that it does not have an office for the transaction of business or a regular employment in New York City. Consequently, Civil Court lacks subject matter jurisdiction over this small claims action (see Giordano v Clark, 55 Misc 3d 149[A], 2017 NY Slip Op 50725[U][App Term, 2d Dept, 9th & 10th Jud Dists 2017}; Powers v Smith, 47 Misc 3d 134[A], 2015 NY Slip Op 50483[U] [App Term, 2d Dept, 11th & 13th Jud Dists 2015]).
The dismissal is without prejudice to plaintiff commencing a new action in a court with proper jurisdiction.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 30, 2024